COOPER *v.* COOPER.

APPEAL AND ERROR—ASSUMPSIT—FINDING OF FACT—RECORD.

Judgment for defendant in action of assumpsit, tried without jury, is affirmed on appeal where only a question of fact as to whether parties were copartners or mere debtor and creditor is presented and record sustains finding of court thereon.

Appeal from Wayne; Van Zile (Donald), J., presiding. Submitted June 5, 1934. (Docket No. 17, Calendar No. 37,720.) Decided September 18, 1934. Rehearing denied April 11, 1935.

Assumpsit by Abe Cooper against Sam Cooper, William Goldman and Jinne Ferdson. Judgment for defendant Cooper. Plaintiff appeals. Affirmed.

*Ralph R. Goldsmith* (*Louis Rosenzweig,* of counsel), for plaintiff.

BUSHNELL, J. Plaintiff, a man 81 years of age with but a limited education, claims he loaned defendant, his son, money in order to enable him to purchase his partner's interest in a store.

The son denies borrowing the money and claims his father became a silent partner in the business, which was afterward sold, the creditors paid and the proceeds divided. The two other defendants were the purchasers and makers of the notes offered in proof of the debt, but were never served with process.

The case was tried without a jury. The record contains two opinions because of the denying of the motion for a new trial after the substitution of attorneys for both parties. Judgment was entered for defendant. Plaintiff appeals to this court. Appellant's assignments of error are not justified by the record, which record presents only a question of fact. It supports the finding of the trial court that the parties were co-partners.

The judgment is affirmed, with costs to defendant.

NELSON SHARPE, C. J., and POTTER, NORTH, FEAD, WIEST, BUTZEL, and EDWARD M. SHARPE, JJ., concurred.